ROBERT EATMAN v. ALBERT EATMAN.

*C. C. Daniels* for plaintiff.
*F. W. Woodard* and *Pou & Finch* for defendant.

Plaintiff appealed.

PER CURIAM: The ten assignments of error relating to ques-tions of evidence are without merit and present no reversible error, and require no discussion at our hands.

The controversy was submitted fairly to the jury by the judge below, and we find no error in his charge, and the exceptions to it cannot be sustained.

Affirmed.